```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

SHERRI K. JORDAN,                   *
                                    *
    Plaintiff,                      *
                                    *
vs.                                 *   CIVIL ACTION 11-00302-B
                                    *
MICHAEL J. ASTRUE,                  *
Commissioner of Social Security,    *
                                    *
    Defendant.                      *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

    **DONE** this **27th** day of **September, 2012.**

                                                /s/ SONJA F. BIVINS
                                  **UNITED STATES MAGISTRATE JUDGE**