```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| SHERRI K. JORDAN, | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION 11-00302-B |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

   **DONE** this **27th** day of **September, 2012.**

                              /s/ SONJA F. BIVINS
                         UNITED STATES MAGISTRATE JUDGE